IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STEVEN RAY BAKER,

      Appellant,

 v.

Case No.  5D22-2428
LT Case No. 2011-2345-CF

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed March 7, 2023

3.800 Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Steven Ray Baker, Blountstown, pro
se.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J.
Bradford, Jr., Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EDWARDS and JAY, JJ., concur.